UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 8 2009

Clerk, U.S. District and
Bankruptcy Courts

JEROME JULIUS BROWN, SR., :
:
Plaintiff, :
:
v. :   Civil Action No.   **09 1639**
:
BARADEL, KOSMERI & NOLAN, et al., :
:
Defendants. :

## MEMORANDUM OPINION

This matter comes before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application and dismiss the complaint.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint fails to accomplish the basic purpose of Rule 8(a). It purports to be a petition for a writ, but it is unclear from the pleading the relief plaintiff is seeking. Accordingly, the complaint will be dismissed without prejudice for failure to comply with Fed. R. Civ. P. 8(a). An Order consistent with this Memorandum Opinion will be issued separately on this date.

United States District Judge

DATE: 8/18/09